Todd F. Nevell, State Bar No. 170054
Daniel G. Sheldon, State Bar Number 166793
**SCOLINOS, SHELDON & NEVELL**
301 North Lake Avenue, 7th Floor
Pasadena, California 91101
Telephone: (626) 793-3900
Facsimile: (626) 568-0930

Attorneys for Plaintiff, DANIEL RODRIGUEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> SAN MATEO COUNTY TRANSIT DISTRICT; COUNTY OF SAN MATEO; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: 3:20-cv-00437-RS <br><br> Hon. Richard Seeborg, Courtroom 3 <br><br> **STIPULATION TO REMAND REMOVED ACTION; ORDER** <br><br><br><br><br><br><br><br> Superior Complaint filed: November 8, 2019 <br> Removal: January 21, 2020 |

**TO THIS HONORABLE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO THE HONORABLE RICHARD SEEBORG:**

DANIEL RODRIGUEZ ("Plaintiff") and SAN MATEO COUNTY TRANSIT DISTRICT ("Defendant") stipulate as follows:

1. On November 8, 2019, Plaintiff filed a Complaint in the Superior Court of California, County of San Mateo, entitled: *DANIEL RODRIGUEZ v. SAN MATEO COUNTY*

-1-
STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON

*TRANSIT DISTRICT; COUNTY OF SAN MATEO; and DOES 1 through 100, inclusive*, Case No. 19-CIV-06667 (hereinafter the "Action").

2. On January 6, 2020, Plaintiff dismissed without prejudice named Defendant County of San Mateo.

3. On January 21, 2020, Defendant San Mateo County Transit District filed its Answer to the Complaint in the California Superior Court for San Mateo County.

4. On January 21, 2020, Defendant San Mateo County Transit District filed a notice of removal of the Action pursuant to U.S.C. sections 1331, 1441 and 1446 based upon the presence of a claim based upon the Americans with Disabilities Act (42. U.S.C. section 12101) with the United States District Court for the Northern District of California.

5. On January 27, 2020, Defendant completed the removal process by filing a conformed copy of the notice of removal with the Superior Court of California, County of San Mateo.

6. The Parties met and conferred on January 30, 2020. During the Parties' discussion, Plaintiff's counsel indicated to counsel for Defendant San Mateo County Transit District that Plaintiff's Complaint inadvertently referenced the Americans with Disabilities Act. Plaintiff only intended to bring the action pursuant to California Fair Employment and Housing Act (FEHA), *Government Code* §§12920-12940, *et seq*. Plaintiff did not intend to include a cause of action pursuant to the American with Disabilities Act and it was inadvertently mentioned in the Complaint.

7. During the Parties' discussion on January 30, 2020, counsel for Defendant San Mateo County Transit District indicated that Defendant would be willing to stipulate to remanding the case back to the California Superior Court for San Mateo County so long as Defendant was provided an opportunity to review Plaintiff's First Amended Complaint prior to filing the First Amended Complaint in this Court.

8. On January 30, 2020, Plaintiff's counsel provided counsel for Defendant San Mateo County Transit District with a copy of Plaintiff's First Amended Complaint.

9. On February 4, 2020, counsel for Defendant indicated that Defendant would not

oppose Plaintiff's filing of the First Amended Complaint and given that Plaintiff deleted the only federal claim, Defendant would agree to stipulate to remand the action to state court.

10. On February 5, 2020, Plaintiff filed his First Amended Complaint in this Court.

11. The Parties hereby stipulate that the Action be remanded to California Superior Court for San Mateo County.

12. The Parties hereby stipulate that Defendant has 30 days after the United States District Court Northern District of California enters its Order to Remand to file its response to the First Amended Complaint.

13. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

DATED: February 10, 2020　　　　　　　　　　Respectfully submitted,

**SCOLINOS, SHELDON & NEVELL**

By ____/s/ Todd F. Nevell____
　　　TODD F. NEVELL
Attorneys for Plaintiff, DANIEL RODRIGUEZ

DATED: February 10, 2020　　　　　　　　　　**HANSON BRIDGETT LLP**

By ____/s/ Gymmel M. Trembly____
　　　GYMMEL M. TREMBLY
Attorneys for Defendant, SAN MATEO COUNTY TRANSIT DISTRICT

## ORDER

On February 10, 2020, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Northern District of California case number 3:20-cv-00437-RS entitled *Daniel Rodriguez v. San Mateo County Transit District, et al.*, is hereby remanded to California Superior Court for San Mateo County; and

3. Defendant shall have 30 days from the date of this Order to respond to the First Amended Complaint

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/11/2020

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE – BY MAIL & CM/ECF

I, the undersigned, certify and declare that I am a citizen of the United States, employed in Los Angeles County, Pasadena, California.

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 301 North Lake Avenue, 7th Floor, Pasadena, California 91101.

On February 10, 2020, I served a true copy of the within:

**STIPULATION TO REMAND REMOVED ACTION; ORDER**

on the interested parties in this action by placing a true copy thereof:

BY MAIL: depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid addressed as follows:

Diane Marie O'Malley, Esq.
Gymmel M. Trembly, Esq.
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
domalley@hansonbridgett.com
gtrembly@hansonbridgett.com
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
*Attorneys for Defendant, San Mateo County Transit District*

BY CM/ECF: electronically filing with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed on February 10, 2020, at Pasadena, California.

Abaigeal A. Loving